# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 12-03043-01-CR-S-DW |
| | ) | |
| JOSEPH R. LEDWA, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After an indictment was returned in this case, which contained forfeiture allegations against $23,470.00, a seizure warrant was issued. That property was turned over to federal authorities.

Now pending before the Court is a third-party Petition for Ancillary Hearing (Doc. 27), a Motion to Quash (Doc. 28), and a response, (Doc. 29).

Because no final disposition has been made with regard to the issue of guilt or innocence, it is

RECOMMENDED that the motions be stayed . The positions of the various parties may be litigated once that determination is made.

                                                      /s/ *James C. England*
                                                      JAMES C. ENGLAND
                                                  United States Magistrate Judge

Date: November 30, 2012